179 So. 924
**AMERICAN BAKERIES CO. et al. v. CITY OF HUNTSVILLE.**

8 Div. 849.

Supreme Court of Alabama.

March 24, 1938.

Sumter M. Kelley and Spalding, Sibley, Troutmen & Brock, all of Atlanta, Ga., and Watts & White, of Huntsville, for appellants.

M. H. Lanier, of Huntsville, for appellee.

BROWN, Justice.

This appeal is from a final decree sustaining the defendant's demurrers to the bill as amended, and dismissing the same.

The questions presented were fully considered in the first appeal, reported as: American Bakeries Co. et al. v. City of Huntsville, 232 Ala. 612, 168 So. 880, and American Bakeries Co. v. City of Opelika, 229 Ala. 388, 389, 157 So. 206, and on the authority of those decisions the decree of the circuit court is due to be affirmed.

It is so ordered.

Affirmed.

ANDERSON, C. J., and FOSTER and KNIGHT, JJ., concur.

179 So. 924
**Ex parte AMERICAN DISCOUNT CO.**

3 Div. 250.

Supreme Court of Alabama.

Feb. 11, 1938.

PER CURIAM.

Rule denied.

176 So. 915
**Ex parte Viola BAILEY.**

7 Div. 468.

Supreme Court of Alabama.

Oct. 12, 1937.

Rehearing Denied Oct. 28, 1937.

Paul J. Hooton, of Roanoke, for petitioner.

PER CURIAM.

Rule nisi denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

176 So. 915
**Harry BELL v. STATE.**

4 Div. 956.

Supreme Court of Alabama.

Nov. 11, 1937.

H. A. Ferrell, of Seale, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

There is no bill of exceptions in this case, and, no error appearing upon the record proper, the judgment of the circuit court is affirmed.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.